UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT DeROUEN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-5905-CJB-SS** |
| **STATE FARM INSURANCE COMPANY** | |

### ORDER

STATE FARM'S MOTION FOR SANCTIONS (Rec. doc. 18)

**GRANTED**

The conduct of the plaintiff, Robert DeRouen ("DeRouen"), in this matter has left the undersigned with no option but to grant the motion of the defendant, State Farm Fire and Casualty Company ("State Farm"), for sanctions.

On November 19, 2007, a scheduling order was entered. The parties were required to file written disclosures within fourteen days. Rec. doc. 5. DeRouen did not provide State Farm with his disclosures. Rec. doc. 9. On January 31, 2008, State Farm served written discovery on DeRouen. Rec. doc. 9 (Exhibit A). DeRouen did not serve responses.

On March 12, 2008, State Farm filed its first motion to compel. Rec. doc. 9. It sought an order requiring DeRouen to provide initial disclosures and respond to the written discovery. It also sought sanctions. The motion was set for April 2, 2008. Rec. doc. 12. Instead of submitting an opposition, on March 20, 2008, DeRouen filed a motion for a protective order. Rec. doc. 13. He contended for the first time that State Farm violated the limit imposed by Fed. R. Civ. P. 33(a) on the number of interrogatories. On March 16, 2008, the motion to compel and the motion for a protective order were reset for April 2, 2008. Rec. doc. 15. DeRouen's motion for a protective

order was denied. He was ordered to provide his initial disclosures and fully respond to State Farm's written discovery by April 15, 2008. State Farm's request for sanctions was denied. DeRouen was cautioned about failing to respond to legitimate discovery. Rec. doc. 17. DeRouen did not comply with the order.

On April 23, 2008, State Farm filed its second discovery motion and sought sanctions. Rec. doc. 18. The motion was set for May 14, 2008. Rec. doc. 19. Although DeRouen's opposition was due by May 6, 2008, he did not file a response until May 13, 2008. In it he stated that: (1) he provided State Farm with initial disclosures and responses to the discovery; (2) the motion to compel was satisfied; and (3) State Farm was not prejudiced by the delay. Rec. doc. 20. State Farm replied that DeRouen's response was drafted in haste solely for the purpose of avoiding sanctions. It described deficiencies in DeRouen's responses to interrogatory nos. 15, 16, 21 and 22 and category nos. 8, 9, 12 and 22 from the request for production of documents. Rec. doc. 21 (Attachment).

State Farm's motion for sanctions was reset for May 28, 2008. DeRouen was ordered to file a memorandum by Friday, May 23, 2008, which responded to State Farm's contention that his discovery responses are deficient. State Farm was authorized to file a reply by May 27, 2008. Rec. doc. 24. The order of May 16, 2008, states:

> **DeRouen is cautioned that if his discovery responses are determined to be deficient, he may be assessed sanctions for State Farm's fees and costs in filing its first motion to compel and this motion for sanctions.**

Rec. doc. 24 at 2 (emphasis in original). DeRouen did not comply with the May 16, 2008 order.

IT IS ORDERED as follows:

1. State Farm's motion for sanctions (Rec. doc. 18) is GRANTED.

2. **Within ten (10) working days of the entry of this order**, DeRouen shall serve responses on State Farm which fully respond to interrogatory nos. 15, 16, 21 and 22, category nos. 8,

      9, 12 and 22 from the request for production of documents, and the deficiencies described in State Farm's reply memorandum in support of its motion for sanctions. Rec. doc. 23.

3.   **Within ten (10) working days of the entry of this order**, State Farm shall submit an ex parte motion with a statement of its reasonable attorney's fees and costs incurred in filing its second discovery motion (Rec. doc. 18) and all memoranda filed in connection with that motion.

4.   After review of State Farm's statement of fees and costs, an order will be entered requiring DeRouen to pay State Farm's reasonable attorney's fees and costs.

5.   **DeRouen is cautioned that if he fails to obey this order, a report and recommendation will be issued recommending that his case be dismissed.**

New Orleans, Louisiana, this 2nd day of June, 2008.

                                                               **SALLY SHUSHAN**
                                              **United States Magistrate Judge**